**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00224-CR

**JORGE SUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MA10-72305-N**

## ORDER

On January 14, 2013, this Court ordered the Dallas County Clerk to file, within fourteen days, a supplemental record containing the information and the attachments that were filed with appellant's motion for new trial. We ordered the court reporter to file the reporter's record within thirty days. To date, we have not received either record.

Accordingly, we **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, a supplemental record containing the information filed in this case and the attachments to appellant's motion for new trial.

We **ORDER** Vearneas Faggett, official court reporter of the County Criminal Court No. 11, to file the reporter's record, including all exhibits, within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to John Warren, Dallas County Clerk; Dallas County Clerk, Criminal Records Division; Vearneas Faggett, official court reporter, County Criminal Court No. 11; and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE